

**Texas Department of Transportation**

125 EAST 11TH STREET | AUSTIN, TEXAS 78701-2483 | (512) 463-8700 | WWW.TXDOT.GOV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 1:56:55 PM
CHRISTOPHER A. PRINE
Clerk

Wed 10 Sep 2014

STATE OF TEXAS        §

This is to certify that I, Debra Vermillion, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of __Sun, 24 Aug 2014__ , which occurred in ___Milam___ County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

*Debra Vermillion*

Debra Vermillion, Director
Crash Data and Analysis Section
P. O. Box 149349
Austin, Texas 78714
(512) 486-5780



**EXHIBIT**

**4**

exhibitsticker.com

**OUR GOALS**
MAINTAIN A SAFE SYSTEM ▪ ADDRESS CONGESTION ▪ CONNECT TEXAS COMMUNITIES ▪ BEST IN CLASS STATE AGENCY
*An Equal Opportunity Employer*

| Total Num. Units | 3 | Total Num. Prsns. | 5 | TxDOT Crash ID | 14005009.1 /2014351453 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2010)**
Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 08/24/2014  ★Crash Time (24HRMM): 1115  Case ID:  Local Use:

★County Name: MILAM  ★City Name:  [x] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [x] Yes [ ] No
Latitude (decimal degrees): 30.87727  Longitude (decimal degrees): -097.13995

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: US  ★Hwy. Num.: 190  2 Rdwy. Part: 1  Block Num.:  3 Street Prefix:  ★Street Name:  4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/Toll Lane  Speed Limit: 70  Const. Zone: [x] Yes [ ] No  Workers Present: [ ] Yes [x] No  Street Desc.: W. of Buckholts

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [x] No  1 Rdwy. Sys.: CR  Hwy. Num.: 112  2 Rdwy. Part:  Block Num.:  3 Street Prefix:  Street Name:  4 Street Suffix:

Distance from Int. or Ref. Marker: 0.2  [ ] FT [x] MI  3 Dir. from Int. or Ref. Marker: W  Reference Marker:  Street Desc.:  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 1  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: CTS7466  VIN: 1FTNW20F21EB58963

Veh. Year: 2001  6 Veh. Color: BLK  Veh. Make: FORD  Veh. Model: F250  7 Body Style: PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 09243216  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 02/18/1977

Address (Street, City, State, ZIP): 19707 Centerlake LN Spring, TX 77379

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Coleman, Robert Dwayne | A | 37 | W | 1 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | Cook, Cameon Bailey | B | 13 | W | 1 | 1 | 1 | 2 | 97 | N | | | | | |
| 3 | 2 | 4 | Plum, Mathew Alfred | C | 15 | W | 1 | 1 | 1 | 97 | 97 | N | | | | | |
| 4 | 2 | 6 | Cook, Blaine Michael | B | 15 | W | 1 | 1 | 1 | 97 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[x] Owner [ ] Lessee  Owner/Lessee Name & Address: Coleman, Robert Dwayne, 19707 Centerlake LN Spring, TX 77379

Proof of Fin. Resp.: [x] Yes [ ] No [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: State Farm  Fin. Resp. Num.: 1662817D2053D002

Fin. Resp. Phone Num.: (800) 782-8332  27 Vehicle Damage Rating 1: 1 - FL - 6  27 Vehicle Damage Rating 2: 5 - RBQ - 3  Vehicle Inventoried: [x] Yes [ ] No

Towed By: Damon's Wrecker Service  Towed To: 2104 W. 4th St., Cameron, TX 76520

Unit Num.: 2  5 Unit Desc.: 6  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: 206663H  VIN:

Veh. Year: 2010  6 Veh. Color: BLK  Veh. Make: HOMEMADE VEHICLE  Veh. Model: UNKNOWN  7 Body Style: TL  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:  DL/ID State:  DL/ID Num.:  9 DL Class:  10 CDL End.:  11 DL Rest.:  DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[x] Owner [ ] Lessee  Owner/Lessee Name & Address: Anzaldua, Aaron L, 4826 Landon LN Baytown, TX 77523

Proof of Fin. Resp.: [x] Yes [ ] No [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: State Farm  Fin. Resp. Num.: 1662817D2053D002

Fin. Resp. Phone Num.: (800) 782-8332  27 Vehicle Damage Rating 1: - FR - 1  27 Vehicle Damage Rating 2: -  Vehicle Inventoried: [ ] Yes [x] No

Copy from Custodial File

Towed By: Damon's Wrecker Service  Towed To: 2104 W. 4th St., Cameron, TX 76520

## DISPOSITION OF INJURED / KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 1 | 1 | Scott & White Hospital, Temple, TX | American Medical Response | / / | |
| 1 | 2 | Scott & White Hospital, Temple, TX | American Medical Response | / / | |
| 1 | 3 | Scott & White Hospital, Temple, TX | American Medical Response | / / | |
| 1 | 4 | Scott & White Hospital, Temple, TX | PHI Air Med | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. 1 | [x] 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | 28 Veh. Oper. 5 | 29 Carrier ID Type 96 | Carrier ID Num. |
|---|---|---|---|---|---|---|

Carrier's Corp. Name Robert Dwayne Coleman     Carrier's Primary Addr. 19707 Centerlake LN Spring, TX 77379

| 30 Rdwy. Access 3 | 31 Veh. Type 7 | [x] RGVW ☐ GVWR 7 6 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. |
|---|---|---|---|---|---|---|---|

| 33 Cargo Body Style 5 | Trailer 1 | Unit Num. 2 | [x] RGVW ☐ GVWR 4 0 0 0 | 34 Trlr. Type 2 | Trailer 2 | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1   9 | 35 Seq. 2   8 | 35 Seq. 3   13 | 35 Seq. 4 | Total Num. Axles 4 | Total Num. Tires 8 |
|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit Num. | Contributing / May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | | 12 | | 1 | 1 | 97 | 1 | 5 | 1 | 12 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened (Attach Additional Sheets If Necessary)

Unit 1 was traveling EB on US 190 towing Unit 2, an empty 16 foot flatbed trailer. Unit 3 was traveling WB on US 190 approaching Unit 1. US 190 was under construction at the time of the crash but the construction company was not working on that day. The driver of Unit 1 stated his left front tire blew out and it caused his vehicle to cross into the WB lane. He continued to say since he did not have control of the vehicle as it went into the WB lane he did the only thing he could do which was to apply the brakes as hard as he could. The WB lane did not have an improved shoulder as the EB lane did but it was just as wide. Judging from the area of impact the driver of Unit 3 attempted to avoid the collision. The collision occurred in the WB lane near the WB bar ditch behind the construction barrels marking the WB lane. Unit 1 struck Unit 3's LP with its FL. Unit 3 spun around and came to rest in the WB bar ditch facing EB after striking a tree with its LP. Unit 1 came to rest facing NW in the WB bar ditch with Unit 2 resting against its RBQ. Evidence on scene indicated Unit 1's left front tire sustained a blowout while still in his lane. Marks left behind from the left front tire showed the tire was wobbling prior to crossing into the WB lane. Evidence showed the rim of the left front tire was digging into the pavement in the WB lane prior to Unit 1 striking Unit 3.

### Field Diagram – Not to Scale

## INVESTIGATOR

| Time Notified (24HRMM) 1 1 2 3 | How Notified Dispatched | Time Arrived (24HR:MM) 1 1 5 0 | Report Date (MM/DD/YYYY) 0 8 / 2 5 / 2 0 1 4 |
|---|---|---|---|

| Invest. Comp. ☐ Yes [x] No | Investigator Name (Printed) Del Bosque, Ernesto | | ID Num. 9545 |
|---|---|---|---|

ORI Num.     Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS     District/ Area H P 6 A 0 6

Copy from Custodial File

[x] FATAL  [x] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units |__|__| 3   Total Num. Prsns. |__|__| 5   TxDOT 14005009.1  Crash ID /2014351453

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2010)**
Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 4

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 8 / 2 4 / 2 0 1 4   ★Crash Time (24HRMM) 1 1 1 5   Case ID   Local Use

★County Name MILAM   ★City Name   [x] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [x] Yes [ ] No   Latitude (decimal degrees) 3 0 . 8 7 7 2 7   Longitude (decimal degrees) — 0 9 7 . 1 3 9 9 5

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. US   ★Hwy. Num. 190   2 Rdwy. Part 1   Block Num.   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit 70   Const. Zone [x] Yes [ ] No   Workers Present [ ] Yes [x] No   Street Desc. W. of Buckholts

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [x] No   1 Rdwy. Sys. CR   Hwy. Num. 112   2 Rdwy. Part   Block Num.   3 Street Prefix   Street Name   4 Street Suffix

Distance from Int. or Ref. Marker 0.2   [ ] FT [x] MI   3 Dir. from Int. or Ref. Marker W   Reference Marker   Street Desc.   RRX Num. |__|__|__|__|__|

## VEHICLE, DRIVER, & PERSONS

Unit Num. 3   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. BFN0694   VIN 1 F M 5 K 7 D 8 7 D G B 2 6 2 7 5

Veh. Year 2 0 1 3   6 Veh. Color RED   Veh. Make FORD   Veh. Model EXPLORER   7 Body Style SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 07084677   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 3 / 0 7 / 1 9 5 2

Address (Street, City, State, ZIP) 22804 Laneview RD Hempstead, TX 77445

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Kilpatrick, Beverly Dykes | K | 62 | B | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

*Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.*

[x] Owner [ ] Lessee   Owner/Lessee Name & Address Kilpatrick, Beverly Dykes, 22804 Laneview RD Hempstead, TX 77445

Proof of Fin. Resp. [x] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type 2   Fin. Resp. Name Farmers Texas County   Fin. Resp. Num. 43931347

Fin. Resp. Phone Num. (800) 435-7764   27 Vehicle Damage Rating 1 1 0 - L P - 6   27 Vehicle Damage Rating 2 7 - L P - 1   Vehicle Inventoried [x] Yes [ ] No

Towed By C&W Wrecker Service   Towed To 1506 N. Travis, Cameron, TX 76520

## VEHICLE, DRIVER, & PERSONS

Unit Num.   5 Unit Desc.   [ ] Parked Vehicle   [ ] Hit and Run   LP State   LP Num.   VIN |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Veh. Year   6 Veh. Color   Veh. Make   Veh. Model   7 Body Style   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY) |__|__|/|__|__|/|__|__|__|__|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

*Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.*

[ ] Owner [ ] Lessee   Owner/Lessee Name & Address

Proof of Fin. Resp. [ ] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   27 Vehicle Damage Rating 2   Vehicle Inventoried [ ] Yes [ ] No

Towed By   Towed To

Copy from Custodial File

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 3 | 1 | Green-Patterson Funeral Home | Green-Patterson Funeral Home | 08/24/2014 | 1235 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY

| 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|

Carrier's Corp. Name          Carrier's Primary Addr.

| 30 Rdwy. Access | 31 Veh. Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. |
|---|---|---|---|---|---|---|---|

| 33 Cargo Body Style | Trailer 1 | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | Trailer 2 | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Total Num. Axles | Total Num. Tires |
|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Num. | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets If Necessary)

Field Diagram – Not to Scale

## INVESTIGATOR

| Time Notified (24HRMM) | 1123 | How Notified | Dispatched | Time Arrived (24HR:MM) | 1150 | Report Date (MM/DD/YYYY) | 08/25/2014 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☐ Yes ☑ No   Investigator Name (Printed) Del Bosque, Ernest   ID Num. 9545

ORI Num.

Copy from Custodial File

Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS   District/Area  HP6A06

**Texas Peace Officer's Crash Report – Code Sheet**
Numbered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list includes the codes that may be entered on the form and the description of each code.

Page 1 of 2
Law Enforcement and TxDOT Use ONLY.
Form CR-3CS  1/1/2010

*IDENTIFICATION AND LOCATION*

### 1. Roadway System
IH = Interstate
US = US Highway
SH = State Highway
FM = Farm to Market
RR = Ranch Road
RM = Ranch to Market
BI = Business Interstate
BU = Business US
BS = Business State
BF = Business FM
SL = State Loop
TL = Toll Road

AL = Alternate
SP = Spur
CR = County Road
PR = Park Road
PV = Private Road
RC = Recreational Road
LR = Local Road/Street (Street, Road, Ave., Blvd., Pl., Trl., Beach, Alley, Boat Ramp, etc.)

### 2. Roadway Part
1 = Main/Proper Lane
2 = Service/Frontage Road
3 = Entrance/On Ramp
4 = Exit/Off Ramp
5 = Connector/Flyover
98 = Other (Explain in Narrative)

### 3. Street Prefix. Direction from Int. or Ref. Marker
N = North
NE = Northeast
E = East
SE = Southeast
S = South
SW = Southwest
W = West
NW = Northwest

### 4. Street Suffix
RD = Road
ST = Street
DR = Drive
AVE = Avenue
BLVD = Boulevard
PKWY = Parkway
LN = Lane
FWY = Freeway
HWY = Highway
WAY = Way
TRL = Trail
LOOP = Loop

EXPY = Expressway
CT = Court
CIR = Circle
PL = Place
PARK = Park
CV = Cove

### 5. Unit Description
1 = Motor Vehicle
2 = Train
3 = Pedalcyclist
4 = Pedestrian
5 = Motorized Conveyance
6 = Towed/Trailer
7 = Non-Contact
98 = Other (Explain in Narrative)

### 6. Vehicle Color
BGE = Beige
BLK = Black
BLU = Blue
BRZ = Bronze
BRO = Brown
CAM = Camouflage
CPR = Copper
GLD = Gold
GRY = Gray
GRN = Green
MAR = Maroon
MUL = Multicolored

ONG = Orange
PNK = Pink
PLE = Purple
RED = Red
SIL = Silver
TAN = Tan
TEA = Teal (green)
TRQ = Turquoise (blue)
WHI = White
YEL = Yellow
98 = Other (Explain in Narrative)
99 = Unknown

### 7. Body Style
P2 = Passenger Car, 2-Door
P4 = Passenger Car, 4-Door
PK = Pickup
AM = Ambulance
BU = Bus
SB = Yellow School Bus
FE = Farm Equipment
FT = Fire Truck
MC = Motorcycle
SV = Sport Utility Vehicle

PC = Police Car/Truck
PM = Police Motorcycle
TL = Trailer, Semi-Trailer, or Pole Trailer
TR = Truck
TT = Truck Tractor
VN = Van
98 = Other (Explain in Narrative)
99 = Unknown

### 8. Driver License/ID Type
1 = Driver License
2 = Commercial Driver Lic.
3 = Occupational
4 = ID Card
5 = Unlicensed
98 = Other
99 = Unknown

### 9. Driver License Class
A = Class A
AM = Class A and M
B = Class B
BM = Class B and M
C = Class C
CM = Class C and M
M = Class M
5 = Unlicensed
98 = Other/Out of State
99 = Unknown

### 10. Commercial Driver License Endorsements
H = Hazardous Materials
N = Tank Vehicles
P = Passengers
S = School Bus
T = Double/Triple Trailer
X = Tank Vehicle with HazMat
5 = Unlicensed
96 = None
98 = Other/Out of State
99 = Unknown

### 11. Driver License Restrictions
A = With Corrective Lenses
B = LOFS Age 21 or Over
C = Daytime Only
D = Not to Exceed 45 MPH
E = No Expressway Driving
F = Must Hold Valid Learner Lic. to MM/DD/YY
G = TRC 545.424 Applies until MM/DD/YY
H = Vehicle Not to Exceed 26,000 lbs GVWR
I = Motorcycle Not to Exceed 250 CC
J = Licensed Motorcycle Operator Age 21 or Over in Sight
K = Moped

L = Vehicle w/o Air Brakes – Applies to Vehicles Requiring CDL
M = CDL Intrastate Commerce Only
N = Ignition Interlock Required
O = Occ./Essent. Need DL-No CMV- See Court Order
P = Stated on License
Q = LOFS 21 or Over Vehicle Above Class B
R = LOFS 21 or Over Vehicle Above Class C
S = Outside Rear View Mirror or Hearing Aid

T = Automatic Transmission
U = Applicable Prosthetic Devices
V = Applicable Vehicle Devices
W = Power Steering
X = Vehicle Not to Exceed Class C
Y = Valid TX Vision or Limb Waiver Req'd.
Z = Valid Fed. Vision or Limb Waiver Req'd.
5 = Unlicensed
96 = None
98 = Other/Out of State
99 = Unknown

*VEHICLE, DRIVER AND PERSONS*

### 12. Person Type
1 = Driver
2 = Passenger/Occupant
3 = Pedalcyclist
4 = Pedestrian
5 = Driver of Motorcycle Type Vehicle
6 = Passenger/Occupant on Motorcycle Type Vehicle
98 = Other (Explain in Narrative)
99 = Unknown

### 13. Seat Position
1 = Front Left
2 = Front Center
3 = Front Right
4 = Second Seat Left
5 = Second Seat Center
6 = Second Seat Right
7 = Third Seat Left
8 = Third Seat Center
9 = Third Seat Right

10 = Cargo Area
11 = Outside Vehicle
13 = Other in Vehicle
14 = Passenger in Bus
16 = Pedestrian, Pedalcyclist, or Motorized Conveyance
98 = Other (Explain in Narrative)
99 = Unknown

### 14. Injury Severity
A = Incapacitating Injury
B = Non-Incapacitating Injury
C = Possible Injury
K = Killed
N = Not Injured
99 = Unknown

### 15. Ethnicity
W = White
B = Black
H = Hispanic
A = Asian
I = Amer. Indian/ Alaskan Native
98 = Other
99 = Unknown

### 16. Sex
1 = Male
2 = Female
99 = Unknown

### 17. Ejected
1 = No
2 = Yes
3 = Yes, Partial
97 = Not Applicable
99 = Unknown

### 18. Restraint Used
1 = Shoulder and Lap Belt
2 = Shoulder Belt Only
3 = Lap Belt Only
4 = Child Seat, Facing Forward
5 = Child Seat, Facing Rear
6 = Child Seat, Unknown
7 = Child Booster Seat
96 = None
97 = Not Applicable
98 = Other (Explain in Narrative)
99 = Unknown

### 19. Airbag
1 = Not Deployed
2 = Deployed, Front
3 = Deployed, Side
4 = Deployed, Rear
5 = Deployed, Multiple
97 = Not Applicable
99 = Unknown

### 20. Helmet Use
1 = Not Worn
2 = Worn, Damaged
3 = Worn, Not Damaged
4 = Worn, Unk. Damage
97 = Not Applicable
99 = Unknown if Worn

### 21. Solicitation
Y = Solicit
N = No Solicit

### 22. Alcohol Specimen Type
1 = Breath
2 = Blood
3 = Urine
4 = Refused
96 = None
98 = Other (Explain in Narrative)

### 23. Drug Specimen Type
2 = Blood
3 = Urine
4 = Refused
96 = None
98 = Other (Explain in Narrative)

### 24. Drug Test Result
1 = Positive
2 = Negative
97 = Not Applicable
99 = Unknown

### 25. Drug Category
2 = CNS Depressants
3 = CNS Stimulants
4 = Hallucinogens
6 = Narcotic Analgesics
7 = Inhalants
8 = Cannabis
10 = Disassociative Anesthetics
11 = Multiple Drugs (Explain in Narrative)
97 = Not Applicable
98 = Other Drugs (Explain in Narrative)
99 = Unknown

### 26. Financial Responsibility Type
1 = Liability Insurance Policy
2 = Proof of Liability Insurance
3 = Insurance Binder
4 = Surety Bond
5 = Certificate of Deposit with Comptroller
6 = Certificate of Deposit with County Judge
7 = Certificate of Self-Insurance

### 27. Vehicle Damage Rating
In most cases, enter in the format XX-ABC-Y, where
XX is the Direction of Force (1-12),
ABC is the Damage Description 2- or 3-letter code),
and Y is the Damage Severity (0-7).

In special cases, use:
VB-1 = vehicle burned, NOT due to collision
VB-7 = vehicle catches fire due to the collision
TP-0 = top damage only
VX-0 = undercarriage damage only
MC-1 = motorcycle, moped, scooter, etc.
NA = Not Applicable (Farm Tractor, etc.)

**Texas Peace Officer's Crash Report – Code Sheet**
Numbered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list includes the codes that may be entered on the form and the description of each code.

Page 2 of 2
Law Enforcement and TxDOT Use ONLY.
Form CR-3CS 1/1/2010

**COMMERCIAL MOTOR VEHICLE**

### 28. Vehicle Operation
1 = Interstate Commerce
2 = Intrastate Commerce
3 = Not in Commerce
4 = Government
5 = Personal

### 29. Carrier ID Type
1 = US DOT
2 = TxDOT
3 = ICC/MC
96 = None
98 = Other (Explain in Narrative)

### 30. Roadway Access
1 = Full Access Control
2 = Partial Access Control
3 = No Access Control

### 31. Vehicle Type
1 = Passenger Car
2 = Light Truck
3 = Bus (9-15)
4 = Bus (>15)
5 = Single Unit Truck 2 Axles 6 Tires
6 = Single Unit Truck 3 or More Axles
7 = Truck Trailer
8 = Truck Tractor (Bobtail)
9 = Tractor/Semi Trailer
10 = Tractor/Double Trailer
11 = Tractor/Triple Trailer
98 = Other (Explain in Narrative)
99 = Unknown Heavy Truck

### 32. Hazardous Material Class Number
1 = Explosives
2 = Gases
3 = Flammable Liquids
4 = Flammable Solids
5 = Oxidizers and Organic Peroxides
6 = Toxic Materials and Infectious Substances
7 = Radioactive Materials
8 = Corrosive Materials
9 = Miscellaneous Dangerous Goods

### 33. Cargo Body Style
1 = Bus (9-15)
2 = Bus (>15)
3 = Van/Enclosed Box
4 = Cargo Tank
5 = Flatbed
6 = Dump
7 = Concrete Mixer
8 = Auto Transporter
9 = Garbage Refuse
10 = Grain Chips Gravel
11 = Pole
13 = Intermodal
14 = Logging
15 = Vehicle Towing Another Vehicle
97 = Not Applicable
98 = Other (Explain in Narrative)

### 34. Trailer Type
1 = Full Trailer
2 = Semi-Trailer
3 = Pole Trailer

### 35. Sequence of Events
1 = Non-Collision: Ran Off Road
2 = Non-Collision: Jackknife
3 = Non-Collision: Overturn Rollover
4 = Non-Collision: Downhill Runaway
5 = Non-Collision: Cargo Loss Or Shift
6 = Non-Collision: Explosion Or Fire
7 = Non-Collision: Separation of Units
8 = Non-Collision: Cross Median/Centerline
9 = Non-Collision: Equipment Failure
10 = Non-Collision: Other
11 = Non-Collision: Unknown
12 = Collision Involving Pedestrian
13 = Collision Involving Motor Vehicle in Transport
14 = Collision Involving Parked Motor Vehicle
15 = Collision Involving Train
16 = Collision Involving Pedalcycle
17 = Collision Involving Animal
18 = Collision Involving Fixed Object
19 = Collision With Work Zone Maintenance Equipment
20 = Collision With Other Movable Object
21 = Collision With Unknown Movable Object
98 = Other (Explain in Narrative)

**FACTORS AND CONDITIONS**

### 36. Factors and Conditions
1 = Animal on Road - Domestic
2 = Animal on Road - Wild
3 = Backed without Safety
4 = Changed Lane when Unsafe
14 = Disabled in Traffic Lane
15 = Disregard Stop and Go Signal
16 = Disregard Stop Sign or Light
17 = Disregard Turn Marks at Intersection
18 = Disregard Warning Sign at Construction
19 = Distraction in Vehicle
20 = Driver Inattention
21 = Drove Without Headlights
22 = Failed to Control Speed
23 = Failed to Drive in Single Lane
24 = Failed to Give Half of Roadway
25 = Failed to Heed Warning Sign
26 = Failed to Pass to Left Safely
27 = Failed to Pass to Right Safely
28 = Failed to Signal or Gave Wrong Signal
29 = Failed to Stop at Proper Place
30 = Failed to Stop for School Bus
31 = Failed to Stop for Train
32 = Failed to Yield ROW – Emergency Vehicle
33 = Failed to Yield ROW – Open Intersection
34 = Failed to Yield ROW – Private Drive
35 = Failed to Yield ROW – Stop Sign
36 = Failed to Yield ROW – To Pedestrian
37 = Failed to Yield ROW – Turning Left
38 = Failed to Yield ROW – Turn on Red
39 = Failed to Yield ROW – Yield Sign
40 = Fatigued or Asleep
41 = Faulty Evasive Action
42 = Fire in Vehicle
43 = Fleeing or Evading Police
44 = Followed Too Closely
45 = Had Been Drinking
46 = Handicapped Driver (Explain in Narrative)
47 = Ill (Explain in Narrative)
48 = Impaired Visibility (Explain in Narrative)
49 = Improper Start from Parked Position
50 = Load Not Secured
51 = Opened Door Into Traffic Lane
52 = Oversized Vehicle or Load
53 = Overtake and Pass Insufficient Clearance
54 = Parked and Failed to Set Brakes
55 = Parked in Traffic Lane
56 = Parked without Lights
57 = Passed in No Passing Lane
58 = Passed on Right Shoulder
59 = Pedestrian FTYROW to Vehicle
60 = Unsafe Speed
61 = Speeding – (Over Limit)
62 = Taking Medication (Explain in Narrative)
63 = Turned Improperly – Cut Corner on Left
64 = Turned Improperly – Wide Right
65 = Turned Improperly – Wrong Lane
66 = Turned when Unsafe
67 = Under Influence – Alcohol
68 = Under Influence – Drug
69 = Wrong Side – Approach or Intersection
70 = Wrong Side – Not Passing
71 = Wrong Way – One Way Road
72 = Cell/Mobile Phone Use
73 = Road Rage
98 = Other (Explain in Narrative)

### 37. Vehicle Defects
5 = Defective or No Headlamps
6 = Defective or No Stop Lamps
7 = Defective or No Tail Lamps
8 = Defective or No Turn Signal Lamps
9 = Defective or No Trailer Brakes
10 = Defective or No Vehicle Brakes
11 = Defective Steering Mechanism
12 = Defective or Slick Tires
13 = Defective Trailer Hitch
98 = Other (Explain in Narrative)

### 38. Weather Condition
1 = Clear
2 = Cloudy
3 = Rain
4 = Sleet/Hail
5 = Snow
6 = Fog
7 = Blowing Sand/Snow
8 = Severe Crosswinds
98 = Other (Explain in Narrative)
99 = Unknown

### 39. Light Condition
1 = Daylight
2 = Dark, Not Lighted
3 = Dark, Lighted
4 = Dark, Unknown Lighting
5 = Dawn
6 = Dusk
98 = Other (Explain in Narrative)
99 = Unknown

### 40. Entering Roads
2 = Three Entering Roads – T
3 = Three Entering Roads – Y
4 = Four Entering Roads
5 = Five Entering Roads
6 = Six Entering Roads
7 = Traffic Circle
8 = Cloverleaf
97 = Not Applicable
98 = Other (Explain in Narrative)

### 41. Roadway Type
1 = Two-Way, Not Divided
2 = Two-Way, Divided, Unprotected Median
3 = Two-Way, Divided, Protected Median
4 = One-Way
98 = Other (Explain in Narrative)

### 42. Roadway Alignment
1 = Straight, Level
2 = Straight, Grade
3 = Straight, Hillcrest
4 = Curve, Level
5 = Curve, Grade
6 = Curve, Hillcrest
98 = Other (Explain in Narrative)
99 = Unknown

### 43. Surface Condition
1 = Dry
2 = Wet
3 = Standing Water
4 = Snow
5 = Slush
6 = Ice
7 = Sand, Mud, Dirt
98 = Other (Explain in Narrative)
99 = Unknown

### 44. Traffic Control
2 = Inoperative (Explain in Narrative)
3 = Officer
4 = Flagman
5 = Signal Light
6 = Flashing Red Light
7 = Flashing Yellow Light
8 = Stop Sign
9 = Yield Sign
10 = Warning Sign
11 = Center Stripe/Divider
12 = No Passing Zone
13 = RR Gate/Signal
15 = Crosswalk
16 = Bike Lane
17 = Marked Lanes
18 = Signal Light With Red Light Running Camera
96 = None
98 = Other (Explain in Narrative)